**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California  93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorney for Plaintiff, RODNEY FRAZIOR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY FRAZIOR,<br><br>         Plaintiff,<br><br>    vs.<br><br>WILLIS GROUP, LLC, a Texas limited liability company, MAXIMUS, INC., a Virginia corporation, and Does 1 through 20, inclusive,<br><br>         Defendants. | Case No. 2:15-cv-01968-WBS-AC<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) – <u>AS TO DEFENDANT WILLIS GROUP, LLC ONLY</u> - AND [PROPOSED] ORDER** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Rodney Frazior files this Stipulation of Dismissal with Prejudice and would show the Court as follows:

This case has been resolved as between Plaintiff and Defendant, Willis Group, LLC. Accordingly, Plaintiff, by and through his undersigned counsel, hereby requests that his claims against Defendant Willis Group, LLC be dismissed with prejudice.  Each party shall bear its own costs of court.  **This dismissal does not affect Plaintiff's claims against Defendant MAXIMUS, Inc., and Plaintiff intends to continue to prosecute those claims.**

/ / /

---

1

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) – <u>AS TO DEFENDANT WILLIS GROUP, LLC ONLY</u> - AND [PROPOSED] ORDER - Case No. 2:15-cv-01968-WBS-AC**

Dated:  October 15, 2015          BRYANT WHITTEN, LLP

                                  /s/
                                  _____
                                  SHELLEY G. BRYANT, Attorneys for Plaintiff,
                                  RODNEY FRAZIOR

*****************************************************************************

### ORDER

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2) – **AS TO DEFENDANT WILL GROUP, LLC – ONLY**.

IT IS SO ORDERED.

Dated:  October 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) – AS TO DEFENDANT WILLIS GROUP, LLC ONLY - AND [PROPOSED] ORDER - Case No. 2:15-cv-01968-WBS-AC**