EREMY A. MEIER – SBN 139849
JAMES M. NELSON – SBN 116442
SHEA B. BRACK – SBN 279343
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:   (916) 448-1709
meierj@gtlaw.com
nelsonj@gtlaw.com
bracks@gtlaw.com

Attorneys for Defendant
MAXIMUS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY FRAZIOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>WILLIS GROUP, LLC, a Texas limited liability company, MAXIMUS, INC., a Virginia corporation, and DOES 1 to 20, inclusive,<br><br>　　　Defendants. | CASE NO. 2:15-CV-01968-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND**<br><br>Date:　November 2, 2015<br>Time:　2:00 p.m.<br>Dept:　Courtroom 5<br>Judge:　Honorable William B. Shubb |

Pursuant to the Court's November 2, 2015 ruling on Plaintiff's Motion to Remand, the parties submit this Stipulation and [Proposed] Order to Remand.

Consistent with the Court's direction, the parties stipulate that under no circumstances shall the total recovery Plaintiff obtains (in the event of a remand to state court) exceed $74,999.99 inclusive of all remedies, including, but not limited to, front pay, back pay, emotional distress damages, pain and suffering, punitive damages, and attorneys' fees.

As such, the Parties consent to and request that this Court remand this case back to the Superior Court of California, County of Sacramento.

IT IS SO STIPULATED.

DATED:  November 3, 2015                                GREENBERG TRAURIG, LLP

By: */s/ James M. Nelson*
JEREMY A. MEIER
JAMES M. NELSON
SHEA B. BRACK
Attorneys for Defendant
MAXIMUS, INC.

DATED:  November 3, 2015                                BRYANT WHITTEN LLP

By: */s/ Shelley G. Bryant* (as authorized on 11/3/15)
SHELLEY G. BRYANT
AMANDA B. WHITTEN
Attorneys for Plaintiff
RODNEY FRAZIOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY FRAZIOR,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIS GROUP, LLC, a Texas limited liability company, MAXIMUS, INC., a Virginia corporation, and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE NO. 2:15-CV-01968-WBS-AC<br><br>**ORDER TO REMAND**<br><br>Date:    November 2, 2015<br>Time:    2:00 p.m.<br>Dept:    Courtroom 5<br>Judge:   Honorable William B. Shubb |

Pursuant to the Stipulation of the parties and good cause appearing therefore, the Court orders this case remanded to Sacramento County Superior Court.

IT IS SO ORDERED.

Dated:  November 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE